UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM WALKER, <br><br> Plaintiff, <br><br> v. <br><br> HOLLAND AMERICA LINE-USA, INC, et al., <br><br> Defendants. | CASE NO. C16-155 MJP <br><br> ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Stipulation and Proposed Order for Continuation of Trial Date and Related Deadlines (Dkt. No. 22), makes the following findings:

The motion contains insufficient facts to establish good cause for a continuance/revision. Specifically, the Court requires at least 90 days between the dispositive motions deadline and the trial date, which the parties' proposed revisions to the case schedule do not reflect.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

ORDER ON MOTION TO REVISE CASE SCHEDULE - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated October 18, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge