THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM WALKER,<br><br>                Plaintiff,<br><br>     v.<br><br>HOLLAND AMERICA LINE – USA, INC.;<br>HOLLAND AMERICA LINE, INC.; and<br>HOLLAND AMERICA LINE N.V. dba<br>HOLLAND AMERICA LINE N.V., LLC,<br><br>                Defendants. | No. 2:16-cv-00155 MJP<br><br>ORDER RE NOTICE OF SETTLEMENT |

UPON REVIEW of Plaintiff's Notice of Settlement, and for the reasons noted therein, this Court orders:

Plaintiff will either file a stipulation of dismissal or a further status report regarding settlement on or before February 23, 2018.

DATED: February 5, 2018

Marsha J. Pechman
United States District Judge